UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS JOHNSON,

                Plaintiff,

-v-

NYU LANGONE HEALTH, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 9456 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 14, 2025, it is ORDERED as follows:

1. Defendants' request for an extension of time to comply with the Court's directives in the December 18, 2024 Order (ECF No. 57) is **GRANTED**.

2. On or before **January 28, 2025**, Defendants shall (i) determine whether metadata, prior drafts, or names of persons involved in drafting the May 13, 2020 letter from Valerie McDermott, MHA—referenced in Requests for Production of Documents 15, 16, 17, 18, 21, 22, 23, and 24 of Plaintiff's First Set of Interrogatories and Requests for Production of Documents—exist (see ECF No. 47-2 at 19–22), and (ii) file a letter setting forth the status of their efforts to comply with this directive.

3. On or before **January 28, 2025**, Defendants shall supplement their letter (ECF No. 54) responding to Plaintiff's letter (ECF No. 47) with (i) affidavits, declarations, or other appropriate submissions explaining whether an internal investigation into Dr. Golden's alleged acts of discrimination or sexual harassment against Plaintiff took place, and (ii) a

letter of not more than three (3) pages setting forth Defendants' legal support for its objections to Plaintiffs' Interrogatories 6, 8, and 11 and Requests for Production of Documents 4, 5, 6, 7, 11, 14, 25, 26, 27, and 29 (see ECF Nos 47 at 3; 47-2; 52 at 1).  On or before **February 21, 2025**, Plaintiff shall file a response.

4. On or before **January 28, 2025**, with respect to Plaintiff's Interrogatory No. 4, Defendants shall ascertain and notify Plaintiff's counsel whether they maintain any records containing a statement by any individual concerning Dr. Golden's examination of Plaintiff on November 27, 2019.  (ECF No. 28 at 1).

Dated:   New York, New York
         January 14, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2