UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS JOHNSON,

               Plaintiff,

-v-

NYU LANGONE HEALTH, et al.,

               Defendants.

CIVIL ACTION NO.: 22 Civ. 9456 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court directed Defendants to file two letters, among other documents, that relate to ongoing discovery disputes between the parties by January 28, 2025. (ECF No. 60). Defendants previously requested and received an extension of time to comply (ECF Nos. 57; 60), but they have not submitted the required filings.

As a one-time courtesy, the Court sua sponte extends the deadline for Defendants to comply (see ECF No. 60) up to and including **January 30, 2025**. Failure to respond will result in the Court compelling the discovery that Plaintiff has requested (see ECF Nos. 47; 52–54) and potentially imposing sanctions, including Plaintiff's attorneys' fees and costs.

Dated:     New York, New York
            January 29, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**