UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS JOHNSON,

          Plaintiff,

-v-

NYU LANGONE HEALTH, et al.,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 9456 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Defendants' letter. (See ECF No. 63 (the "Letter")). The February 21, 2025 deadline for Plaintiff to respond to the Letter (ECF No. 60 at 2) **remains in effect**. If the parties are unable to reach a settlement at the February 6, 2025 settlement conference (see ECF No. 61), the Court will set a deadline for any additional production of documents.

Dated:    New York, New York
            January 31, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**